# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

**RECEIVED JAN 07 2021 US DISTRICT COURT MID DIST TENN**

**03-21 0011**

Case No. 75GSI-2020-CR-454838-01
*(to be filled in by the Clerk's Office)*

Danny Collier
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

) Joshua Prasser
) David Hardwim
) Ed Gorah
) Judge Bennett
) J.D. Driver
) Chanta Graves
) Robert Schratz

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

**Defendant No. 5**
Name     Judge Bennett
Job or Title     Judge
Shield Number
Employer     Court house
Address     N. maple, Murfreesboro TN, 37130

**Defendant No. 6**
Name     Chanta Graves
Job or Title     Clerk
Shield Number
Employer     Court house
Address     N. Maple Murfreesboro TN, 37130

---

I had wrote you all once before about a Lindsey Allen case, on a 9 years Auto theft, but got charges droped to 2 years

Also a Johnathan Mccrae case & got case droped 7 years to 3 years.

And I got persecuted in Murfreesboro on both cases, but wrote you all and got case droped/lowered Same Situation Owner of never showed because had consent to use car on both cases.

I have this case in Murfreesboro Court, but I dont use the public defenders office in Murfreesboro They are crooked that why I waived my rights & needn a Motion to Discovery on Joshua Prasser + a Motion to Dissmissal.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Danny Collier
- All other names by which you have been known:
- ID Number: JID-0015204
- Current Institution: 940 New Salem Hwy
- Address: New Salem Hwy
  - City: Murfreesboro
  - State: TN
  - Zip Code: 37130

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Joshua Prasser
- Job or Title *(if known)*: Police officer
- Shield Number:
- Employer: MPD
- Address: Broad St
  - City: Murfreesboro
  - State: TN
  - Zip Code: 37130
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: David Hardwin
- Job or Title *(if known)*: Police officer
- Shield Number:
- Employer: M.P.D
- Address: Broad St
  - City: Murfreesboro
  - State: TN
  - Zip Code: 37167
- [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
   Name: Ed Gorah
   Job or Title (if known): Police officer
   Shield Number:
   Employer: M.P.D
   Address: Broad St
   City: Murfreesboro   State: TN   Zip Code: 37130
   [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
   Name: J.D. Driver
   Job or Title (if known): Public Defender / Attorney
   Shield Number:
   Employer: Public Defenders office
   Address:
   City:    State:    Zip Code:
   [✓] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [✓] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   False imprisonment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☑ Other *(explain)* Inmate / Attorney waitn to go to trial

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On currently Sept 25, 2020, officer Ed Gorah keep telln me I stole car, but I keep telln him, I had consent to use car, In Murfreesboro TN, 37130, on Greenland Dr.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On Nov 19, 2020 J.D Driver told me that I couldnt settle case but case couldve been resolved, that same day, in Murfreesboro TN, 37130 Judicial Center

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sept 25, 2020, 1:00

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- Ed Gorah lied on me, keep telln me car where stolen but I had consent to use car, also officer that searched car, I had in car I saw him smoking it. He never charged me.
- Warrants on me filed by Joshua Prasser where reading theft of property when shouldve been reading Auto burgulary, even though I had consent to use car.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- The court should drop case, for prasser false imprisoment
- Requestn Check for lost things, that never received back in white camary my medication, + M.P.D sued for somethn I didnt do.
- Speedy Trial motioned
- Motion to Discovery on Joshua Prasser
- Please make copy to Murfreesboro Court.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

940, New Salem Hwy Murfreesboro TN, 37130, False inprisoment on Vashua Prasser

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____

Page 7 of 11

Case 3:21-cv-00011   Document 1   Filed 01/07/21   Page 8 of 19 PageID #: 8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    - [ ] Yes
    - [ ] No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-30-2020

Signature of Plaintiff: Danny Collier
Printed Name of Plaintiff: Danny Collier
Prison Identification #: JID-0015204
Prison Address: 940 New Salem Hwy
Murfreesboro, TN 37130

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

To whom it may concern, I inmate Danny Wayne Collier am incarcerated at 940 New Salem Hwy Mboro TN 37167. Charges: Driving While License revoked T.C.A: 55-50-504 B/M, [Charges: Theft of Property -> $1,000 to <$2,500 T.C.A: 39-14-103 E/F, theft of property] I don't plead guilty, but Driving while License revoked I plead guilty. [IF so really needn officers who arrested me in court, know one name Joshua Prasser #931, officer Hardwin dont know badge # + other officer that searched vehicle, but needn officers in court, also owners of vehicle, had consent to operate vehicle + permission, to leave lot with vehaicle by dealer ship owner/worker. Also dont know officers name who searched vehicle / white camary but needn officers about theft of property in court or charges dropped, oh yeah also owner of car present in court also.] I know I have priors on drivn on revoked, but if so could you all set court date A.S.A.P, and I promise if possible I will take probation

and report as instructed. Another thing that wasntbothern ME, case # 75GS1-2020-CR-4548-02 made sense, (but that was bothern me is that 75GS1-2020-CR-454838-01 is reading theft of property, when should be reading Auto theft, needn evedince on that car was stolen + copy of report that car was stolen, in court present cause warrant/case # 75GS1-2020-CR-454838-01 isnt reading right info should be reading Auto theft / burgulary.) Needn charges Numbers or of case # Diffrent droped for false improsement ~~~~ ~~~~ + Joshua prasser sued for using illegal info in the court of the Law + chanta Graves sued also or im filln Law suit. Also Had blood pressure pills (Hydrocoline) + stomach pills (omprazole), claritons + Tylenol never received back to me when officer searched vehicle, Also had weed officer never charge me needn M.P.D sued or I'm Filln Law suit my self For officers smoken marijuana on the seen on Greendland Dr in Mboro TN ~~~~ 37130 out of car + Me uncharged 4 marijuana, officers never confronted me about marijuana, in white camary. Could you all make a copy of this letter to Mboro court difectly to Bennet.

Also needn victim/owner of car white camary ~~xx~~ sued if he dosent let yall Know that he let me used car with his own consent. He simply told me that I could take a look around lot and see what I like, before that I asked if they have any free cars or any that they want to give away, he laughed I left + took car, Keys where in ignition. So I left and took car white camary for Test drive. By 1:30 AM the same night police pulled me over and try to say I stole car, I Danny Wayne Collier kept telln them the owner Knew I had car but didnt want to hear that, so they arrested me ~~xx~~ I Fell though I was bein harassed, I will plead to D.O.R but theft of property NO, warrant wasnt readin ~~xx~~ right charge shouldve been reading Auto theft. Needn Joshua Prassar sued/charged for False improsent + also officer along with em.

Please be sure to make copy directed to Mboro Court criminal clerks office/ Bennet + make sure Bennets Secretary gets this letter Also, please could Have court date A.S.A.P. Allready went to Arraignment; Bonded over to grand jury. Waitn for finally decession.
please let ~~xx~~ Bennet Know + contact him that needn court date A.S.A.P possible to resolve this matter A.S.A.P / Also a copy to Eischeid secretary to criminal ~~xx~~ clerks office to notify above matter, + Motion to Discovery on Joshua Prasser on case #75651-2020-CR-45438-01 /
Motion to Dissmissal on above case + a right to a speedy Trial

- Every thing else in letter dosent have a case #, but ~~need~~ needn Motion to Discovery on Pills + Marijuna.

Case # 75GS1-2020-CR-454838-01
Theft of property -> $1,000 to < $2,500
- Motion to Dismissal
- No officers in court or owner of white Camary no case.

Case # 75GS1-2020-CR-454838-02
Driving While License Revoked

- Motion to a Speedy Trial

Danny Collier
940 new Salem Hwy
Murfreesboro TN, 37130

03-21 0011

United States District Court
801 Broadway
Nashville TN, 37203

RECEIVED
JAN 07 2021
US DISTRICT COURT
MID DIST TENN

