IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED JAN 21 2021 US DISTRICT COURT MID DIST TENN

Danny Collier
Plaintiff(s),

v.

Joshua Prasser
Defendant(s).

Case Number 3:21-cv-00011

Judge William L. Campbell, Jr

Magistrate Judge _____

Motion to Dismissal / Motion to Discovery
(Type of Pleading)

- False imprisonment on Joshua Prasser
- Motion to Discovery on Ed Gorah
- IF officers dont show no case.
- I Danny Collier had consent to use car but police said I stole car.
- Robert Schultz sued if dont show for court.

Danny Collier
(Signature)

Danny Collier
(Print Name)

_____

_____

615 917-6764
(Address & Telephone Number, if any)

CERTIFICATE OF SERVICE

case# 3:21-cv-00011

The undersigned hereby certifies that the (pleading) Motion to Dismissmal / Motion to Discovery / motion to Speedy Trial
has been served on:

(Name) David Hardwin
(Address) M.P.D Broad St Mboro TN 37130
(Address)

(Name) Ed Gorah
(Address) M.P.D Broad St Mboro TN 37130
(Address)

(Name) J.D. Driver
(Address) Mboro Public Defenders office N. Maple.
(Address)

(Name) Chanta Graves
(Address) N. Maple Murfreesboro Court House General Sessions
(Address)

(Name) f/n/u Bennett
(Address) Judicial Center, Murfreesboro TN, 37167
(Address)

(Name) Robert Schultz
(Address) N/A
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the _____ day of _____, 20____.

Signature

My Account Trust Fund is Computerized &
the ~~old~~ balance is .19¢.

signed by: Danny Collier          1-15-2021

Danny Collier
940 New Salem Hwy
Murfreesboro TN, 37167

0015204

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203

RECEIVED
JAN 21 2021
US DISTRICT COURT
MID DIST TENN

